**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION AT JACKSON**

**ERNEST ROBINSON, SR., AND**
**CARMALL ROBINSON**                                                          **PLAINTIFFS**

**VS.**                                              **CAUSE NO.: 3:20-cv-00527-KHJ-FKB**

**THE KROGER CO., KROGER LIMITED PARTNERSHIP,**
**AND JOHN DOES #1-5**                                                    **DEFENDANTS**

**AGREED AND FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE**

      **THIS MATTER** having come uncontested before the Court at the instance of the parties, and the Court, being advised that all claims that have been or could have been asserted have been compromised and settled and that there remain no issues to be adjudicated or determined by the Court, expressly finds and determines that there is no just reason for delay and expressly directs the entry of this Agreed Final Judgment dismissing this lawsuit with prejudice.

      **IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's claims are hereby dismissed with prejudice in their entirety, and the Court further finds that there is no just reason for delay and therefore this lawsuit is dismissed with prejudice in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, with each party to bear their own costs.

      **SO ORDERED AND ADJUDGED** this the  24  day of   May  , 2021.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:


*/s/ B. Blake Teller*
B. Blake Teller (MSB #9044)
TELLER, HASSELL & HOPSON, LLP
1201 Cherry Street
Vicksburg, MS 39180
Telephone: (601) 636-6565
Facsimile:  (601) 631-0114
Email: bteller@tellerlaw.com
*Attorney for Plaintiffs*


*/s/ Michael E. Phillips*
Michael E. Phillips (MSB # 100119)
Claire K. Robinett (MSB #104984)
**HAGWOOD AND TIPTON PC**
213 Draperton Drive, Suite A
Ridgeland, MS 39157
Telephone: (601) 608-6300
Facsimile: (601) 362-6342
Email: mphillips@hatlawfirm.com
Email: crobinett@hatlawfirm.com
*Attorney for Defendants*